# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

BELINDA LEWIS

    Plaintiff,

v.

PENTAGROUP FINANCIAL LLC

    Defendant.

Case No. 4:11-cv-00047-BO

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, BELINDA LEWIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

<signature enclosed below>

1
NOTICE OF SETTLEMENT

Case 4:11-cv-00047-BO   Document 8   Filed 09/22/11   Page 1 of 2


Dated: September 22, 2011  RESPECTFULLY SUBMITTED,

By: /s/ Christopher D. Lane
Christopher D. Lane, Esq.
NC Bar ID # 20302
3802-A Clemmons Road
Clemmons, NC 27012
Phone: 336 765-8085
Fax: 336 766-9145
cdllaw@juno.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on September 22, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

s/ Christopher D. Lane
Christopher D. Lane, Esq.
Attorney for Plaintiff