# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

BELINDA LEWIS :
:
    Plaintiff, :
: Case No. 4:11-cv-00047-BO
    v. :
:
PENTAGROUP FINANCIAL LLC :
:
    Defendant. :
:
_____/

## NOTICE OF VOLUNTARY DISMISSAL

BELINDA LEWIS (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A)

(Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses,

with prejudice, PENTAGROUP FINANCIAL, LLC (Defendant), in this case.

    Both sides to bear their own costs and expenses.


Date: January 16, 2012                RESPECTFULLY SUBMITTED,

                             By:   /s/ Christopher D. Lane_____
                                   Christopher D. Lane, Esq.
                                   NC Bar ID # 20302
                                   3802-A Clemmons Road
                                   Clemmons, NC 27012
                                   Phone: 336 766-0229
                                   Fax:  336 766-9145
                                   cdllaw@juno.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal by using the CM/ECF System. A copy of said Notice was mailed to Andrew J. Marancik, Attorney for Defendant, at the mailing address listed below via the USPS.

    Andrew J. Marancik, Esq.
    General Counsel
    Pentagroup Financial, LLC
    5959 Corporate Drive, Suite 1400
    Houston, TX 77036

                                          s/ Christopher D. Lane
                                          Christopher D. Lane
                                          Attorney for Plaintiff

2

Case 4:11-cv-00047-BO   Document 9   Filed 01/16/12   Page 2 of 2